```
1  JIM G. PRICE, ESQ., SBN 119324
   THE LAW OFFICES OF JIM G. PRICE
2  6569 BRENTWOOD BOULEVARD
   P.O. BOX 1417
3  BRENTWOOD, CA  94513
   TELEPHONE: 925-516-4686
4  FACSIMILE: 925-516-4058

5  Attorneys for Debtors
   CARLOS I. SILVA & ZORAIDA M. SILVA
6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) CASE NO.: 10-73627-RLE13 |
|---|---|
| | ) |
| CARLOS I. SILVA & ZORAIDA M. SILVA, | ) CHAPTER 13 |
| | ) |
| | ) **DEBTORS CARLOS I. SILVA &** |
| Debtors. | ) **ZORAIDA M. SILVA'S PRE-** |
| | ) **CONFIRMATION HEARING STATEMENT** |
| | ) |
| | ) DATE: 4/19/11 |
| | ) TIME: 1:30 PM |
| | ) DEPT: 201 |
| | ) |

On April 5, 2011 at 3:16 p.m. counsel for Debtors had a telephone conversation with objecting creditor's counsel.

A telephone conversation was held and, conditioned upon approval by clients, the objection was resolved with debtors agreeing to pay 6% interest on the arrears due to Creditor U.S. Bank. Debtors are to file an amended plan paying that interest on arrears to secured creditor. Debtors' counsel hopes to have the amended plan filed any day.

1

It is estimated it will take 0 minutes of court time to resolve the objection.

DATED: April 5, 2011          Respectfully submitted,

                              THE LAW OFFICES OF JIM G. PRICE

                                  /s/ Jim G. Price

                              BY:_____
                                  JIM G. PRICE
                                  Attorneys for Debtors
                                  CARLOS I. SILVA &
                                  ZORAIDA M. SILVA

2